# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. Ovidiu MORARU, Defendant. | Case No.: '21 MJ04283<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1) and (b)<br>Assault on a Federal Officer<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about October 24, 2021, within the Southern District of California, defendant Ovidiu MORARU, intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit a Department of Homeland Security, Customs and Border Protection Officer, M. Goodwin, while M. Goodwin was engaged in and on account of the performance of his official duties such acts involving physical contact with and the infliction of bodily injury on CBPO M. Goodwin; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent David Harvey
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th day of October 2021

HON. MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On October 24th, 2021, at approximately 9:45 PM, United States Customs and Border Protection Officer Goodwin, was conducting pre-primary inspections at the vehicle lanes of the Otay Mesa, CA Port of Entry. CBPO Goodwin made contact with, Ovidiu MORARU (MORARU), who was the driver of a dark-colored Mercedes Benz bearing California plates (the vehicle).

CBPO Goodwin asked MORARU to roll down the window of his vehicle. MORARU ignored the lawful command but held up an identification card. CBPO Goodwin ordered MORARU to roll down the window, but MORARU ignored the lawful command and dropped his identification on the floor of the vehicle. MORARU began to dig around, and CBPO Goodwin ordered MORARU to shut off the vehicle and roll down the window. MORARU continued to refuse and sped away from CBPO Goodwin towards the primary booths. The left rear tire of the vehicle ran over CBPO Goodwin's foot in the process of MORARU fleeing.

MORARU was taken into custody by CBPO's when the vehicle became stuck behind a truck at the primary booths.

In a subsequent custodial interview, post-Miranda, MORARU stated he was told by a family of Russian citizens, who were traveling with him, that he needed to get to the yellow line (International border) before he could seek asylum. MORARU stated he drove the vehicle towards that yellow line, because he was afraid he would be returned to Mexico.